### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. ___24-00263-01/02-CR-W-BCW___ |
| Plaintiff, | **COUNT ONE:   BOTH DEFENDANTS**<br>***Possession With Intent to Distribute 500 Grams or More of Cocaine***<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(B), and 18 U.S.C. § 2 |
| v. | NLT:  5 Years' Imprisonment<br>NMT: 40 Years' Imprisonment<br>NMT: $5,000,000 Fine |
| KAREEM M. STRONG, (01),<br>[DOB:   06/29/1991] | NLT:  4 Years' Supervised Release<br>Class B Felony |
| and | |
| TARA N. HUFFMAN, (02),<br>[DOB:   07/25/1988] | Plus a $100 Mandatory Special Assessment Per Felony Count |
| Defendants. | |

## I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### *Possession With Intent to Distribute 500 Gram or More of Cocaine*

On or about December 13, 2023, in the Western District of Missouri, defendants, KAREEM M. STRONG and TARA N. HUFFMAN, aiding and abetting each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

A TRUE BILL.

November 19, 2024
DATE

*SIGNATURE ON FILE WITH USAO*
FOREPERSON OF THE GRAND JURY

*/s/Bradley K. Kavanaugh*
Bradley K. Kavanaugh
Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Western District of Missouri

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

### CRIMINAL CASE COVER SHEET

| Division of Filing | Place of Offense | Matter to be Sealed |
|---|---|---|
| ☑ **Western**  ☐ St. Joseph | **Place of Offense** | **Matter to be Sealed** |
| ☐ **Central**  ☐ Southern | <u>Jackson</u> | ☑ **Secret Indictment** |
| ☐ **Southwestern** | County and elsewhere | ☐ **Juvenile** |

**Defendant Information**

Defendant Name     <u>Kareem M. Strong (01)</u>

Alias Name     _____

Birthdate     <u>06/29/1991</u>

**Related Case Information**

Superseding Indictment/Information   ☐ Yes   ☑ No   if yes, original case number _____

New Defendant     ☑ Yes ☐ No

Prior Complaint Case Number, if any _____

Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**

AUSA <u>Bradley K. Kavanaugh</u>

**Interpreter Needed**

☐ Yes

☑ No     Language and/or dialect _____

**Location Status**

Arrest Date _____

☐ Currently in Federal Custody

☐ Currently in State Custody       Writ Required    ☐ Yes ☑ No

☐ Currently on Bond        Warrant Required   ☑ Yes ☐ No

**U.S.C. Citations**

Total # of Counts     <u>1</u>

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:841B=CD.F/6801/4 | Possession With Intent to Distribute 500 Grams or More of Cocaine | 1 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

Date    <u>11/19/2024</u>      Signature of AUSA   <u>/s/Bradley K. Kavanaugh</u>

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☑ **Western** | ☐ **St. Joseph** | **Jackson** | ☑ **Secret Indictment** |
| ☐ **Central** | ☐ **Southern** | **County and** | ☐ **Juvenile** |
| ☐ **Southwestern** | | **elsewhere** | |

**Defendant Information**

Defendant Name        Tara N. Huffman (02)

Alias Name            _____

Birthdate             07/25/1988

**Related Case Information**

Superseding Indictment/Information   ☐ Yes  ☑ No   if yes, original case number _____

New Defendant                        ☑ Yes  ☐ No

Prior Complaint Case Number, if any  _____

Prior Target Letter Case Number, if any  _____

**U.S. Attorney Information**

AUSA  Bradley K. Kavanaugh

**Interpreter Needed**

☐ Yes      Language and/or dialect  _____

☑ No

**Location Status**

Arrest Date  _____

☐ Currently in Federal Custody

☐ Currently in State Custody        Writ Required      ☐ Yes  ☑ No

☐ Currently on Bond                 Warrant Required   ☑ Yes  ☐ No

**U.S.C. Citations**

Total # of Counts  _____1_____

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:841B=CD.F/6801/4 | Possession With Intent to Distribute 500 Grams or More of Cocaine | 1 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

Date  _11/19/2024_____        Signature of AUSA  _/s/Bradley K. Kavanaugh_____